UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED FRED PITTMAN,<br><br>            Petitioner,<br><br>v.<br><br>SUPERIOR COURT COUNTY OF SAN FRANCISCO,<br><br>            Respondent. | Case No. 25-cv-02354-VC<br><br>**ORDER OF DISMISSAL** |

Pittman has filed a petition for a writ of mandate asking this Court to compel the respondent San Francisco County Superior Court to enforce a judgment purportedly entered in his favor. This petition is frivolous, and it is dismissed.

**IT IS SO ORDERED.**

Dated: August 21, 2025

VINCE CHHABRIA
United States District Judge